IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

LAWRENCE GLASER,

    Plaintiff,

Case No.: 1:16-cv-00215

-vs-

**JOINT STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

BB&T CORPORATION t/a
BB&T SALES FINANCE,

    Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff, LAWRENCE GLASER, and Defendant, BB&T CORPORATION t/a BB&T SALES FINANCE, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above matter with prejudice. Both parties will bear their own fees and costs.

    Dated this 20th day of November, 2017.

    Respectfully submitted,

| /s/ *Richard D. Giglio* | */s/ D. Kyle Deak* |
|---|---|
| Richard D. Giglio, Esq. | D. Kyle Deak, Esq. |
| Admitted *Pro Hac Vice* | North Carolina Bar No. 35799 |
| MANEY & GORDON, P.A. | TROUTMAN SANDERS |
| 101 East Kennedy Blvd., Suite 3170 | 434 Fayetteville Street, Suite 1900 |
| Tampa, Florida 33602 | Raleigh, North Carolina 27601 |
| Telephone: (813) 221-1366 | Telephone: (919) 826-8725 |
| Fax: (813) 223-5920 | Fax: (919) 829-8725 |
| David@MitchellConsumerLaw.com | kyle.deak@troutmansanders.com |
| r.giglio@maneygordon.com | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I, Richard D. Giglio, hereby certify that on November 20, 2017, I caused the foregoing Joint Stipulation for Dismissal with Prejudice to be electronically filed via the Court's ECF system. The foregoing document is available for viewing and downloading from the PACER system. Electronic notice of this filing was sent to all counsel of record.

*/s/ Richard D. Giglio*
Richard D. Giglio, Esquire
MANEY & GORDON, P.A.